UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | CV 13-0824 ABC (FFMx) | Date | May 17, 2013 |
|---|---|---|---|
| Title | Branden Riley-Carter v. Sallie Mae Inc. | | |

| Present: The Honorable | Audrey B. Collins, United States District Judge | JS - 6 |
|---|---|---|

| Angela Bridges | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE
(In Chambers)

On April 29, 2013, the Court issued an order to show cause ordering Plaintiff Branden Riley-Carter to explain why this action should not be dismissed for failure to prosecute. Plaintiff's deadline to respond was Monday May 13, 2013. Plaintiff was cautioned that if he did not respond, the case would be dismissed without further notes. As of the date of this order, Plaintiff has failed to respond to the order to show cause.

Accordingly, the case is hereby **DISMISSED** without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer         AB